# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DORIS ALICIA FUENTES CHAVEZ,**

    **Plaintiff,**

**v.**                                                                      Case No:  6:18-cv-1045-Orl-31DCI

**DEPUTY DIRECTOR AND SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, SUPERVISORY DETENTION AND DEPORATION OFFICER FOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MIAMI FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, SECRETARY OF HOMELAND SECURITY, U.S. DEPARTMENT OF HOMELAND SECURITY, ATTORNEY GENERAL OF THE UNITED STATES and U.S. DEPARTMENT OF JUSTICE,**

    **Defendants.**

## ORDER

Upon consideration of the Plaintiff's Emergency Motion for Temporary Restraining Order (Doc. 2), it is hereby

**ORDERED** that Plaintiff shall expeditiously serve the Defendants with a copy of the Complaint (Doc. 1), this Order, and the Motion (Doc. 2) by any reasonable means. Defendants shall have until noon on Monday, July 9, 2018 to file written responses to the Motion.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 3, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party