# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DORIS ALICIA FUENTES CHAVEZ,**

        **Plaintiff,**

**v.**                                        **Case No:   6:18-cv-1045-Orl-31DCI**

**DEPUTY DIRECTOR AND SENIOR
OFFICIAL PERFORMING THE DUTIES
OF THE DIRECTOR OF U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, SUPERVISORY
DETENTION AND DEPORATION
OFFICER FOR U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT,
MIAMI FIELD OFFICE, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, SECRETARY OF
HOMELAND SECURITY, U.S.
DEPARTMENT OF HOMELAND
SECURITY, ATTORNEY GENERAL OF
THE UNITED STATES and U.S.
DEPARTMENT OF JUSTICE,**

        **Defendants.**

_____

## ORDER

      This Matter comes before the Court on the Amended Motion for Temporary Restraining

Order (Doc. 8), filed July 18, 2018. The Plaintiff previously filed an Emergency Motion for

Temporary Restraining Order on July 3, 2018. Doc. 2. The Court denied that Motion (Doc. 2) as

moot in light of the government's representation that the Plaintiff would not be detained on her then-

impending ICE report date, but instead would be given a new report date, due to her pending

Application for Stay. Doc. 6. According to the Plaintiff, she has been given a new report date—July

10, 2019—and her Application for Stay remains pending. On its face, the instant Motion shows no

emergency, nor does it show a constitutional violation. Additionally, it appears the Plaintiff made no effort to serve the Defendants.

Accordingly, it is hereby

      **ORDERED** that the Amended Motion for Temporary Restraining Order (Doc. 8) is **DENIED.**

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 18, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party